# Keahon, Fleischer & Ferrante

## ATTORNEYS AT LAW
### 1393 VETERANS MEMORIAL HIGHWAY - SUITE 312 NORTH
### HAUPPAUGE, NY 11788
### WWW.KEAHONLAW.COM

William J. Keahon
Craig J. Fleischer
Joseph J. Ferrante

TELEPHONE: (631) 361-5360
TELECOPIER: (631) 361-5365
Keahonpc@hotmail.com

October 10, 2016

*Via ECF*
Honorable William H. Pauley III
Southern District of New York
500 Pearl Street, Room 1920
New York, N.Y. 10007

Re: <u>United States v. Jonathan Roper</u>
Case No.: 16 CR 542 (WHP)

Dear Honorable Judge Pauley:

This office represents Jonathan Roper. Mr. Roper has recently been promoted at his new job and will need to travel to more states than we had originally requested permission for. To start, he will be flying to both Salt Lake City Utah and Las Vegas Nevada from October 11 to October 14. Therefore, we are respectfully asking that this travel request and modification of his bond conditions be granted.

I have spoken with AUSA Noah Solowiejczyk and he consents to this request. I have also spoken to Mr. Roper's Pre-Trial Officer, Arthur Bobyak who informed me that he consents to the request as well.

Respectfully,

Joseph Ferrante

CC: AUSA Noah Solowiejczyk
USPTO Arthur Bobyak