

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED FEB 14 2020 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

February 13, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/20

**By ECF and Electronic Mail**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jonathan Roper*, 16 Cr. 542 (KMW)

Dear Judge Wood:

The above-referenced case was recently reassigned to Your Honor from Judge Pauley. Judge Pauley had set a sentencing date of May 8, 2020. We understand from Your Honor's law clerk that this date needs to be rescheduled.

Accordingly, the Government respectfully requests that the Court reschedule the defendant's senting date. Having conferred with defense counsel, the Government notes that the parties are available for sentencing on May 13, 14, 18, 19, and 20.

*Sentencing is rescheduled for Monday, May 18, 2020, at 11:00 a.m. Defendant's submission is due by May 4. Government submission is due by May 11.*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: ___/s/___
Noah Solowiejczyk
David Abramowicz
Assistant United States Attorneys
(212) 637-2473/6525

cc:   Joseph Ferrante, Esq. (by ECF and email)

2-20-20
SO ORDERED:   N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.