**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2020

<u>**By ECF and Electronic Mail**</u>

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/20
```

Re:   *United States v. Jonathan Roper*, 16 Cr. 542 (KMW)

Dear Judge Wood:

The defendant is scheduled to be sentenced on May 18, 2020. The Government respectfully requests that the sentencing be adjourned until September or another time that is convenient for the Court. The Government requests the adjournment in light of the current risk posed by Covid-19, and to ensure the defendant is sentenced after the defendants in *U.S. v. Freedman et al.*, No 18 Cr. 217 (KMW), so that the Court, before imposing sentence, may consider any additional cooperation the defendant provides in connection with those proceedings.

The defendant, through counsel, consents to the requested adjournment.

*Sentencing is adjourned to September 28, 2020, at 11:00 a.m. Defendant's submission is due by September 14. Government submission is due by September 21.*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: ____/s/_____
Noah Solowiejczyk
David Abramowicz
Assistant United States Attorneys
(212) 637-2473/6525

cc:   Joseph Ferrante, Esq. (by ECF and email)

*Kimba M. Wood    5/4/20*
SO ORDERED