

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 8, 2020

**By ECF and Electronic Mail**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jonathan Roper*, 16 Cr. 542 (KMW)

Dear Judge Wood:

Defendant Jonathan Roper is scheduled to be sentenced on September 28, 2020. The Government respectfully requests that the sentencing be adjourned until some date after the defendants in *U.S. v. Freedman et al.*, No 18 Cr. 217 (KMW), are sentenced. so that the Court may consider any additional cooperation Roper provides in connection with those proceedings.

Roper, through counsel, consents to the requested adjournment.

*Sentencing is adjourned to November 19, 2020, at 12:30pm. Defendants submission is due by November 5. Government submission is due by November 12.*

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: ___/s/___
Noah Solowiejczyk
David Abramowicz
Assistant United States Attorneys
(212) 637-2473/6525

cc:   Joseph Ferrante, Esq. (by ECF and email)

SO ORDERED: N.Y., N.Y. 9/8/20

_____
KIMBA M. WOOD
U.S.D.J.