Case 1:16-cr-00542-KMW Document 68 Filed 11/03/20 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/20

November 3, 2020

**By ECF and Electronic Mail**

MEMO ENDORSED

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Jonathan Roper*, 16 Cr. 542 (KMW)**

Dear Judge Wood:

Defendant Jonathan Roper is scheduled to be sentenced on November 19, 2020. The Government respectfully requests that the sentencing be adjourned until some date after the defendants in *U.S. v. Freedman et al.*, No 18 Cr. 217 (KMW), are sentenced, so that the Court may consider any additional cooperation Roper provides in connection with those proceedings.

Roper, through counsel, consents to the requested adjournment.

Sentencing is adjourned to January 26, 2021, at 11:00 am. Defendant's submission is due by January 12. Government submission is due by January 19, 2021.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/
Noah Solowiejczyk
David Abramowicz
Assistant United States Attorneys
(212) 637-2473/6525

cc: Joseph Ferrante, Esq. (by ECF and email)

SO ORDERED: N.Y., N.Y. 11/5/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.