**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/21

January 12, 2021

**MEMO ENDORSED**

**By ECF and Electronic Mail**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jonathan Roper*, 16 Cr. 542 (KMW)

Dear Judge Wood:

  Defendant Jonathan Roper is scheduled to be sentenced on January 26, 2021. The Government respectfully requests that the sentencing be adjourned until some date after the defendants in *U.S. v. Freedman et al.*, No 18 Cr. 217 (KMW), are sentenced, so that the Court may consider any additional cooperation Roper provides in connection with those proceedings.

  Roper, through counsel, consents to the requested adjournment.

*Sentencing is adjourned to June 7, 2021, at 11:00 a.m. Defendant's submission is due by May 24, 2021. Government submission is due by June 1, 2021.*

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:   /s/
Noah Solowiejczyk
David Abramowicz
Assistant United States Attorneys
(212) 637-2473/6525

cc:   Joseph Ferrante, Esq. (by ECF and email)

**SO ORDERED:** N.Y., N.Y. 1/12/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.