USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/21

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 5, 2021

**By ECF and Electronic Mail**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jonathan Roper*, **16 Cr. 542 (KMW)**

Dear Judge Wood:

Defendant Jonathan Roper is scheduled to be sentenced on June 7, 2021. The Government respectfully requests that the sentencing be adjourned until some date after the defendants in *U.S. v. Freedman et al.*, No 18 Cr. 217 (KMW), are sentenced, so that the Court may consider any additional cooperation Roper provides in connection with those proceedings.[1]

Roper, through counsel, consents to the requested adjournment.

*Sentencing is adjourned to July 28, 2021, at 11:00 a.m. Defendant's submission is due by July 14. Government submission is due by July 21.*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:   /s/
Noah Solowiejczyk
David Abramowicz
Assistant United States Attorneys
(212) 637-2473/6525

cc:   Joseph Ferrante, Esq. (by ECF and email)

---

[1] The Government notes that the parties are available on July 28 and 29, if either of those dates are convenient for the Court.

SO ORDERED:  N.Y., N.Y.  5/5/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.