USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/21

# KEAHON, FLEISCHER & FERRANTE
### ATTORNEYS AT LAW
1393 VETERANS MEMORIAL HIGHWAY - SUITE 312 NORTH
HAUPPAUGE, NY 11788
WWW.KEAHONLAW.COM

William J. Keahon
Craig J. Fleischer
Joseph J. Ferrante

TELEPHONE: (631) 361-5360
TELECOPIER: (631) 361-5365
Keahonpc@hotmail.com

June 17, 2021

**By ECF and Electronic Mail**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: United States v. Jonathan Roper
Case No.: 16 CR 542 (KMW)

Dear Honorable Judge Wood:

This office represents Jonathan Roper who is currently scheduled to be sentenced on July 28, 2021. Unfortunately, I had a scheduling issue arise that will have me out of town that week in July.

Therefore, I am respectfully requesting that the sentencing be adjourned until September 13, 14 or 17.

AUSA David Abramowicz has agreed and consented to this request and is available each of those dates.

*Sentencing is adjourned to September 14, 2021, at 12:30 p.m. Defendant's submission is due by August 31. Government submission is due by September 7.*

Respectfully,

/ s /

Joseph Ferrante

CC: AUSA David Abramowicz

SO ORDERED: N.Y., N.Y. 6/21/21

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.