**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21

October 12, 2021

**By ECF and Electronic Mail**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jonathan Roper*, **16 Cr. 542 (KMW)**

Dear Judge Wood:

Defendant Jonathan Roper is scheduled to be sentenced on November 8, 2021. Pursuant to the Court's scheduling order of August 13, 2021, *see* Dkt. 86, the defendant's sentencing submission is due October 25, and the Government's submission is due November 1. On behalf of the parties, the Government respectfully requests that the submission deadlines be reversed, so that the Government may file its submission on October 25, with the defense submission due November 1. Roper, through counsel, joins in this request.

KMW
Granted

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
David Abramowicz
Assistant United States Attorney
(212) 637-6525

cc:   Joseph Ferrante, Esq. (by ECF and email)

SO ORDERED:   N.Y., N.Y.   10/13/21

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.