UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JONATHAN ROPER,

                      Defendant.
-----------------------------------------------------------------x

ORDER
16 CR 542 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/21

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant, currently scheduled for November 8 2021, is adjourned to Tuesday, December 14, 2021, at 2:00 p.m. Defendant's submission is due to the Court by December 7, 2021.

    SO ORDERED.

Dated: New York, New York
       October 26, 2021

                                            _____
                                              KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE