UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/21

    -against-

JONATHAN ROPER,

                      Defendant.
------------------------------------------------------------x

**ORDER**
16 CR 542 (KMW)

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, sentencing currently scheduled for December 14, 2021, is adjourned to December 15, 2021, at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
         December 6, 2021

                                          KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE