UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JONATHAN ROPER,

                        Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 542 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/21

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for December 14, 2021, is adjourned to January 11, 2022, at 3:00 p.m. Defendant's submission is due by January 4, 2022.

    SO ORDERED.

Dated: New York, New York
       December 7, 2021

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE