UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JONATHAN ROPER,

                              Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 542 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/22

KIMBA M. WOOD, District Judge:

      Sentencing currently scheduled for January 11, 2022, is adjourned to February 23, 2022, at 10:30 a.m., as an in-person sentencing. Defendant's submission is due by February 16, 2022.

      SO ORDERED.

Dated: New York, New York
          January 3, 2022

                                              KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE